UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MALIK MUHAMMAD<br>                              Defendant. | 23-CR-457-4 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court has scheduled a change of plea hearing as to Defendant Malik Muhammad for **Thursday, July 10, 2025 at 3:00 p.m.** in Courtroom 11B at 500 Pearl Street, New York, New York, 10007.

Dated:  July 9, 2025
        New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge