UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             -against-<br><br>MALIK MUHAMMAD<br>                        Defendant. | 23-CR-457-4 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      The Court has rescheduled the sentencing as to Defendant Malik Muhammad, originally scheduled for October 29, 2025, to **Thursday, November 20, 2025 at 10:30 a.m.** in Courtroom 11B at 500 Pearl Street, New York, New York, 10007.

Dated:  October 17, 2025
           New York, New York

                                                    SO ORDERED.

                                                    JESSICA G. L. CLARKE
                                                    United States District Judge